IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

ARTHUR STEWART NICKENS                                                           PLAINTIFF

VS.                                              CIVIL ACTION NO.: 3:13-cv-199-MPM-JMV

MILTON WILLIAMS, JR., ET AL.                                                   DEFENDANTS

## ORDER

This matter is before the court on motion of Defendant Jimmy Miller to dismiss the pro se amended complaint against him for, inter alia, its failure to state a cognizable claim [25]. The court has carefully reviewed the amended complaint [24] and finds the motion well taken.

This action arises from Plaintiff's wife's arrest in Quitman County for driving Plaintiff's vehicle under the influence of alcohol. As a result of the arrest, law enforcement requested Barringer Motor Co. to tow the vehicle involved. Subsequently, Barringer gave notice to the Plaintiff and sold the car for $900 to recoup unpaid towing and storage fees of $1000.

With regard to Mr. Miller, the amended complaint alleges he is an attorney for the county and its law enforcement officers and as such, "had a State law duty and responsibility [to] make sure that any vehicle seized by Law Enforcement be properly impounded and held for final disposition by a Court of law." Pl.'s Am. Compl. at 2. Plaintiff alleges Mr. Miller "failed to act or perform his State law responsibility and therefore aided in the forfeiture of plaintiff's [sic] vehicle by Barringer Motor Co. all without due process of law." *Id.*

This court has previously explained to the Plaintiff the heightened pleading standard under *Iqbal* and *Twombly* [22]. Accordingly, it will not repeat itself here, except to say the amended complaint against Mr. Miller falls woefully short of satisfying the standard. Indeed, this court is unaware of *any* legal duty on the part of a county attorney which could conceivably

arise from the circumstances involved here. And the amended complaint certainly does not identify any facts from which the court could plausibly discern such a duty.

**IT IS, THEREFORE, ORDERED** the complaint against Defendant Jimmy Miller be dismissed for failure to state a cognizable claim against him.

**SO ORDERED**, this the 2nd day of January, 2014.

/s/ Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**