**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**ARTHUR STEWART NICKENS**                                      **PLAINTIFF**

**VS.**                                          **CIVIL ACTION NO.: 3:13-cv-199-MPM-JMV**

**MILTON WILLIAMS, JR., ET AL.**                              **DEFENDANTS**

## ORDER TERMINATING MOTION TO DISMISS AS MOOT

This matter is before the court on motion of Defendant Barringer Chevrolet to dismiss the original pro se complaint against it [13]. The Plaintiff, Arthur Nickens, filed his Amended Complaint [24] on December 13, 2013. Because Barringer Chevrolet's Motion to Dismiss addresses the original complaint and not the Plaintiff's Amended Complaint, it must be terminated as moot. Barringer Chevrolet may re-urge a motion to dismiss as applicable to the amended complaint.

**IT IS, THEREFORE, ORDERED** that Defendant Barringer Chevrolet's Motion to Dismiss is terminated as moot.

**SO ORDERED**, this the 2nd day of January, 2014.

                                                           /s/ Jane M. Virden
                                                           **UNITED STATES MAGISTRATE JUDGE**