# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

**ARTHUR STEWART NICKENS**                                     **PLAINTIFF**

**VS.**                                   **CIVIL ACTION NO.: 3:13-cv-199-MPM-JMV**

**MILTON WILLIAMS, JR., ET AL.**                                **DEFENDANTS**

## WITHDRAWAL OF REPORT AND RECOMMENDATION OF DISMISSAL

This matter is before the court, *sua sponte*, regarding the Report and Recommendation [39] previously entered by the undersigned Magistrate Judge on Defendant Officer Milton Williams, Jr.'s Motion to Dismiss for Failure to State a Claim [37]. Because the Report and Recommendation was docketed prior to Plaintiff's timely response, the court finds it appropriate to **WITHDRAW** the entered Report and Recommendation.

**SO ORDERED**, this the 4th day of February, 2015.

                                                 /s/ Jane M. Virden
                                                 **UNITED STATES MAGISTRATE JUDGE**